MYRTLE VOWELL V. THE STATE.

No. 16275. Delivered November 22, 1933.
Reported in 64 S. W. (2d) 959.

The opinion states the case.

*Fred Harris,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for robbery, punishment assessed at five years in the penitentiary.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of excep-tion, in which condition nothing is presented for review.

Appellant sets up in her motion for new trial misconduct of the jury and alleges newly discovered evidence. The motion is not verified as required by law, and no evidence is brought be-fore this court either by bill of exception or statement of facts attempting to support the averments in the motion.

The judgment is affirmed.

*Affirmed.*